STOP THE PAY HIKES COMMITTEE, ALICE KRAMEDJIAN, FLORENCE IPPOLITO, MARTHA ZATOURIAN, C. DON GOTT-WERTH AND GLORIA WILLIAMS, PLAINTIFFS-RESPON-DENTS, v. TOWN COUNCIL OF THE TOWN OF IRVINGTON, ROBERT H. MILLER, MAYOR OF THE TOWN OF IRVINGTON, VINCENT J. FOTI, JR., DIRECTOR AND COMPTROLLER, DE-PARTMENT OF REVENUE AND FINANCE, HARRY STEVEN-SON, MUNICIPAL TREASURER; AND VALENTINE MEISS-NER, TOWN CLERK OF THE TOWN OF IRVINGTON, DE-FENDANTS-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Argued September 25, 1979—Decided October 5, 1979.

Before Judges FRITZ, KOLE and LANE.

*Mr. Henry E. Rzemieniewski* argued the cause for appellants.

*Mr. Gary D. Gordon* argued the cause for respondents.

*Mr. Donald G. Kein* filed a brief on behalf of *amicus curiae,* New Jersey Municipal Clerks' Association, Inc.

PER CURIAM.

The judgment is affirmed substantially for the reasons set forth in the opinion of Judge Farley.